# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | MJ 18-03297 |
| Stanley Jordan, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_____. IT IS ORDERED that a detention hearing is set for _December 18_____, _2018_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Steve Kim_____, in Courtroom _540, 5th Floor, Roybal_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _December 14, 2018_

Steve Kim, U.S. Magistrate Judge